# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; AND DIANE CROSS,<br><br>Plaintiff,<br><br>vs.<br><br>CRAB ADDISON, INC. d.b.a. JOE'S CRAB SHACK #159; CHLN, INC., d.b.a. JOE'S CRAB SHACK #159; JOE'S CRAB SHACK - SAN DIEGO, INC.; LANDRY'S RESTAURANTS, INC.; AND DOES THROUGH 10, INCLUSIVE,<br><br>Defendant. | CASE NO. 07CV1033 LAB (LSP)<br><br>**ORDER GRANTING JOINT MOTIONS FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[Dkt. nos. 3, 4] |

On June 29, 2007, Plaintiff and Defendants Crab Addison, Inc. and Joe's Crab Shack, San Diego, Inc. filed a joint motion to extend time to respond to the complaint (the "First Motion"). On July 3, 2007, Plaintiff and Defendants CHLN, Inc. and Landry's Restaurants filed a joint motion to extend time to respond to the complaint. The joint motions requested response dates of July 19, 2007 for Crab Addison, Inc.; July 23, 2007 for Joe's Crab Shack - San Diego, Inc.; and July 16, 2007 for CHLN, Inc. and Landry's Restaurants, Inc. The First Motion explains that Defendants have only recently retained counsel and require time to complete their initial investigations before responding.

/ / /

1  Finding good cause, the Court **GRANTS** the motions.  The dates for response to the
2  complaint are hereby extended as stated above.
3
4  **IT IS SO ORDERED**.
5  DATED: July 10, 2007
6
7  *Larry A. Burns*
   **HONORABLE LARRY ALAN BURNS**
   United States District Judge
8